IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JACQUELINE V. HUPP, et al.,

    Plaintiffs,

v().

SWITZERLAND OF OHIO
LOCAL SCHOOL DISTRICT,

    Defendant.

Case No. 2:07-cv-628
Judge Sargus
Magistrate Judge King

## ORDER

The Court considers Plaintiffs' Motion to Appeal and Consolidate and Amended Motion to Appeal and Consolidate (Docs. 93 & 94) as motions to reactivate this case pursuant to the Court's Order of June 10, 2009 and hereby **GRANTS** these motions. Plaintiffs are directed to submit additional briefing on issues raised by the decisions on remand of the Hearing Officer and the State Level Review Officer within sixty (60) days of the date of this Order. Defendant may respond to such briefing within thirty (30) days of the service thereof. Plaintiffs may then reply within fourteen (14) days of the service of Defendant's response. The Clerk is directed to administratively reopen this case.

**IT IS SO ORDERED.**

2-8-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE