AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JACQUELINE V. HUPP, et al.,**

    **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-07-628**

**SWITZERLAND OF OHIO**      **JUDGE EDMUND A. SARGUS, JR.**
**LOCAL SCHOOL DISTRICT,**      **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

    ___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 11, 2012, JUDGMENT is hereby entered in favor of Defendant. This case is DISMISSED.**

Date: December 11, 2012             JOHN P. HEHMAN, CLERK

           */S/ Andy F. Quisumbing*
           (By) Andy F. Quisumbing
           Courtroom Deputy Clerk