AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JACQUELINE V. HUPP, et al.,**

    **Plaintiffs,**

**v.**

**SWITZERLAND OF OHIO**
**LOCAL SCHOOL DISTRICT,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-07-628**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 11, 2012, JUDGMENT is hereby entered in favor of Defendant.  This case is DISMISSED.**

Date: December 11, 2012        JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk